### 17525.  CARTWRIGHT *v.* THE STATE.

BROYLES, C. J.  1.  Under the facts of the case the refusal to grant a continuance, upon the ground of absent witnesses, does not require a reversal of the judgment below.
2. The evidence demanded the verdict.
*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*
DECIDED NOVEMBER 9, 1926.

Possessing liquor; from city court of Greenville—Judge Revill. June 3, 1926.

*M. Z. O'Neal, N. F. Culpepper,* for plaintiff in error.

*J. F. Hatchett, solicitor,* contra.

Criminal Law, 16 C. J. p. 458, n. 76.